JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA EISEN-HERMAN, | CASE NO.: CV 10-2097-GW(MANx) |
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| vs. | [Lodged Concurrently With Stipulation for Dismissal] |
| METROPOLITAN LIFE INSURANCE COMPANY and DOES 1 - 50, | |
| Defendants. | |
| | Complaint Filed: February 18, 2010 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

s:\gw\civil\eisen-herman 10-2097\la10cv02097gw-o js-6.doc

## ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action with prejudice.  IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party shall bear her/its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: November 19, 2012   _____
THE HONORABLE GEORGE WU
UNITED STATES DISTRICT JUDGE

Submitted by:

BARGER & WOLEN LLP

By: */s/ Royal F. Oakes*
    ROYAL F. OAKES
    MICHAEL A.S. NEWMAN
    JAMES C. CASTLE
    Attorneys for Defendant
    Metropolitan Life Insurance
    Company